# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D15-5905

_____

SHELTON MITCHELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
J. Layne Smith, Judge.

August 7, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and OSTERHAUS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Robert A. Morris, Tallahassee; Baya Harrison, Monticello, for Appellant.

Pamela Jo Bondi, Attorney General, Sharon Traxler, Assistant Attorney General, Tallahassee, for Appellee.